**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed February 2, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00059-CR

### IN RE LEONARD TYRONE TEAL, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1091458**

---

### MEMORANDUM OPINION

January 26, 2021, relator Leonard Tyrone Teal filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Marilyn Burgess, Harris County District Clerk, to bring relator's motion for DNA testing to the attention of the trial court.

This court's mandamus jurisdiction is governed by section 22.221 of the Texas Government Code. A court of appeals may issue writs of mandamus against (1) a judge of a district, statutory county, statutory probate county, or county court in the court of appeals district; (2) a judge of a district court who is acting as a magistrate at a court of inquiry under Chapter 52 of the Texas Code of Criminal Procedure in the court of appeals district; or (3) an associate judge of a district or county court appointed by a judge under Chapter 201 of the Texas Family Code in the court of appeals district for the judge who appointed the associate judge. Tex. Gov't Code Ann. § 22.221(b). The courts of appeals also may issue all writs necessary to enforce the court of appeals' jurisdiction. *Id.* § 22.221(a).

The Harris County District Clerk is not among the parties specified section 22.221(b). *See id.* § 22.221(b). Moreover, relator has not shown that the issuance of a writ compelling the requested relief is necessary to enforce our appellate jurisdiction. *See id.* § 22.221(a). Therefore, we lack jurisdiction to issue a writ of mandamus against the Harris County District Clerk

Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction. Relator's motion for leave to file a petition for writ of mandamus is dismissed as moot.

PER CURIAM

Panel consists of Justices Wise, Hassan, and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b).